STATE of Vermont v. SPECIALIZED HAULING CORP., No. 123-79

September 20, 1979. Appellee State of Vermont's motion to dismiss denied.

Austin C. SIKES and Maureen A. Sikes v. Harvey L. PASTAN, Trustee of Horizon Realty; Barbara Roka; Ned Redpath; Leland J. Stacy and Albert J. Young, No. 333-79

September 20, 1979. Motion for permission to appeal an interlocutory order of the Windsor Superior Court and to stay the order pending appeal denied.

NADEAU LUMBER, INC. v. Robert BENOIT and Nancy Benoit, No. 27-79

September 21, 1979. Judgment vacated and cause remanded for new trial. *University of Vermont v. Town of Colchester*, 136 Vt. 403, 392 A.2d 413 (1978).

STATE of Vermont v. Chester A. PARIZO, No. 338-79

September 21, 1979. Motion for bail pending appeal granted. Bail set at $500.00 with Dorothy S. Wood as surety.

David S. HODGDON, Sr. v. Earl STOCKWELL, No. 244-79

September 24, 1979. Appellee's motion to dismiss denied. Printed case to be filed on or before November 5, 1979, or cause dismissed.

Corrine LAMPHEAR v. DEPARTMENT OF SOCIAL WELFARE, No. 255-79

September 24, 1979. The motion of petitioner Corrine Lamphear to proceed in forma pauperis is granted with respect to exemption from the filing fee, and is reserved in all other respects.

STATE of Vermont v. Chester A. PARIZO, No. 338-79

September 24, 1979. Surety bond having been filed pursuant to the order of September 21, 1979, the defendant is ordered released.

Billings, J.

Edmund J. CARBONNEAU d/b/a Hillside Saw Plant v. LAGUE, INC., No. 99-78

October 2, 1979. Judgment affirmed. *McCarthy v. Emmons*, 135 Vt. 450, 378 A.2d 107 (1977).

Coleman E. PERKINS and Ruby C. Perkins v. FACTORY POINT NATIONAL BANK, No. 282-78